960

No. 78–1090. BIG THREE INDUSTRIAL GAS & EQUIPMENT Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. 

No. 78–1092. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AIRLINE DISTRICT LODGE 146, ET AL. *v.* AIR LINE EMPLOYEES ASSOCIATION INTERNATIONAL UNION ET AL. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied. 

No. 78–1109. BOGLE ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 78–1121. ORR *v.* ARGUS-PRESS Co. C. A. 6th Cir. Certiorari denied. 

No. 78–1123. GONZALEZ ET AL. *v.* NORTHWEST AIRLINES, INC., ET AL. C. A. 3d Cir. Certiorari denied. 

No. 78–1132. WATERBURY PETROLEUM PRODUCTS, INC. *v.* JOHN B. HULL, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 78–1137. HAUSER *v.* WASHINGTON. Ct. App. Wash. Certiorari denied. 

No. 78–1141. STEELCASE, INC. *v.* DELWOOD FURNITURE Co., INC. C. A. 5th Cir. Certiorari denied. 

No. 78–1147. WILSON *v.* BOARD OF GOVERNORS, WASHINGTON STATE BAR ASSN. Sup. Ct. Wash. Certiorari denied. 

No. 78–1148. NEW WORLD LIFE INSURANCE Co. *v.* GEORGIA INTERNATIONAL LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied.